THOMAS R. JOHNSON, OSB No. 010645
tom.johnson@stoel.com
BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
ALEX VAN RYSSELBERGHE, OSB No. 174836
alex.vanrysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRITTANY MACDONALD,<br><br>    Plaintiff,<br><br>  v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, a Public Corporation and Governmental Entity; WAYNE MONRIES, an Individual; RUTH BEYER, an Individual; MAHTAB BRAR, an Individual; JAMES A. CARLSON, an Individual; DANNY JACOBS, an Individual; SUSAN KING, an Individual; CHAD PAULSON, an Individual; SUE STEWARD, an Individual; STEVE ZIKA, an Individual; and DOES 1 THROUGH 50, Inclusive,<br><br>    Defendants. | Case No.: 3:22-cv-01942-IM<br><br>**DECLARATION OF ALEX VAN RYSSELBERGHE IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT** |

Page 1 – DECLARATION OF ALEX VAN RYSSELBERGHE IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

120254088.1 0027345-00081

I, Alex Van Rysselberghe, declare:

1. I am an associate attorney at Stoel Rives LLP, and I am one of the attorneys representing Defendants. I am over eighteen years of age. I am competent to testify about the matters set forth herein and make this declaration based on my personal knowledge. I submit this declaration in support of Defendants Response to Plaintiff's Motion to Amend.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Charge of Discrimination that Plaintiff Brittany MacDonald filed with the Equal Employment Opportunity Commission on or around January 3, 2022, before filing the above-captioned case.

I hereby declare that the above statement is true and correct to the best of my knowledge and belief and that I understand it is made for use as evidence in court and subject to penalty for perjury.

DATED: January 19, 2024

STOEL RIVES LLP

*/s/ Alex Van Rysselberghe*
THOMAS R. JOHNSON, Bar No. 010645
tom.johnson@stoel.com
BRENDA K. BAUMGART, Bar No. 992160,
brenda.baumgart@stoel.com
ALEX VAN RYSSELBERGHE,
Bar No. 174836
alex.vanrysselberghe@stoel.com

*Attorneys for Defendants*

Page 2 – DECLARATION OF ALEX VAN RYSSELBERGHE IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

120254088.1 0027345-00081