Ray D. Hacke, OSB #173647
PACIFIC JUSTICE INSTITUTE
317 Court St. NE, Suite 202
Salem, OR 97301
Phone: (503) 917-4409
Fax: (916) 857-6902
E-mail: rhacke@pacificjustice.org

Attorneys for Plaintiff
BRITTANY MacDONALD

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JENNIFER J. PETERS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, A Public Corporation and Governmental Entity, and DOES 1 THROUGH 50, Inclusive,<br><br>　　　　　　　　　Defendants | Case No. 3:22-CV-01942-IM<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO FOR LEAVE TO FILE AMENDED COMPLAINT** |

　　　Please take notice that Plaintiff BRITTANY MacDONALD hereby withdraws her Motion for Leave to File an Amended Complaint [Dkt. Rpt. No. 41], filed December 22, 2023.

| | |
|---|---|
| Dated: November 21, 2023 | Respectfully submitted,<br>PACIFIC JUSTICE INSTITUTE<br>*/s/ RAY D. HACKE*<br>Ray D. Hacke<br>Attorneys for Plaintiff<br>BRITTANY MacDONALD |

1

## **PROOF OF SERVICE**

I am employed in the County of Marion, State of Oregon.  I am over the age of eighteen and not a party to the within action; my business address is 317 Court St. NE Ste. 202, Salem, OR 97301.

On February 2, 2024, I served the following documents on the interested parties by placing a true copy thereof enclosed in sealed envelope(s) addressed to said parties:

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO FOR LEAVE TO FILE AMENDED COMPLAINT**

## **PLEASE SEE ATTACHED SERVICE LIST**

  X    BY MAIL:  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. postal service on that same date with postage thereon fully prepaid at Salem, Oregon in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____BY PERSONAL SERVICE:  I caused such envelope to be delivered by hand to the office of the addressee(s).

  X  BY ELECTRONIC MAIL: I caused such documents to be served on the

interested parties via electronic mail and through the court's ECF website.

_____(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  X    (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 2, 2024, at Salem, Oregon

                                             */s/ LAUREN PEFFERLE*
                                              Lauren Pefferle

## **SERVICE LIST**

**Via Mail:**
Tom R. Johnson, OSB No. 010645
E-mail: tom.johnson@stoel.com
Alex Van Rysselberghe, OSB No. 174836
E-mail: alex.vanrysselberghe@stoel.com
Brenda K. Baumgart, OSB No. 992160
E-mail: brenda.baumgart@stoel.com
Rachelle D. Collins, OSB No. 214059
E-mail: rachelle.collins@stoel.com
Stoel Rives LLP
760 SW Ninth Ave., Suite 3000
Portland, OR 97205