# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BRITTANY MACDONALD**, <br><br> Plaintiff, <br><br> v. <br><br> **OREGON HEALTH & SCIENCE UNIVERSITY**, a Public Corporation and Governmental Entity, <br><br> Defendant. | Case No. 3:22-cv-01942-IM <br><br> **JUDGMENT** |

Based on this Court's Opinion and Order, ECF 73, **IT IS ADJUDGED** that Defendant's Motion for Summary Judgment, ECF 55, is GRANTED, and this case is DISMISSED with prejudice.

DATED this 9th day of July, 2024.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge
