Ray D. Hacke, OSB #173647
PACIFIC JUSTICE INSTITUTE
317 Court St. NE, Suite 202
Salem, OR 97301
(503) 917-4409 Phone
(916) 857-6902   Facsimile

Attorneys for Plaintiff
BRITTANY MacDONALD

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRITTANY MacDONALD,<br><br>                              Plaintiff,<br><br>v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, A Public Corporation and Governmental Entity; WAYNE MONFRIES, An Individual; RUTH BEYER, An Individual; MAHTAB BRAR, An Individual; JAMES A. CARLSON, An Individual; DANNY JACOBS, An Individual; SUSAN KING, An Individual; CHAD PAULSON, An Individual; SUE STEWARD, An Individual; STEVE ZIKA An Individual; and DOES 1 THROUGH 50, Inclusive,<br><br>                              Defendants | Case No. 3:23-CV-01942-IM<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

1

Please take notice that Plaintiff BRITTANY MacDONALD hereby appeals to the U.S. Court of Appeals for the Ninth Circuit from the U.S. District Court for the District of Oregon's (the "Court") order granting Defendants OREGON HEALTH & SCIENCE UNIVERSITY *et al.*'s ("OHSU") motion to dismiss with prejudice Plaintiff's  claim for a violation of her constitutional right to free exercise of religion (ECF Dkt. Rpt. No. 35), filed August 28, 2023; the Court's order granting summary judgment to OHSU on Plaintiff's Title VII claim (Dkt. Rpt. No. 73), filed July 5, 2024; and the judgment entered pursuant to the Court's order granting summary judgment to OHSU (Dkt. Rpt. No. 74), entered July 9, 2024.

Pursuant to Fed. R. Civ. P. 12(b) and Circuit Rules 3-2(b) and 12-2, attached is a Representation Statement naming all parties to the appeal and their respective counsel.

Dated: August 6, 2024

Respectfully submitted,
PACIFIC JUSTICE INSTITUTE

*/s/ RAY D. HACKE*
Ray D. Hacke
Attorneys for Plaintiff
SHERRY H. DETWILER

## REPRESENTATION STATEMENT

**Plaintiff-Appellant:**
Brittany MacDonald

**Counsel for Plaintiff-Appellant:**
Ray D. Hacke
Oregon State Bar No. 173647
Pacific Justice Institute
317 Court St. NE, Suite 202
Salem, OR 97301
Phone: (503) 917-4409
E-mail: rhacke@pji.org

**Defendants-Appellees:**
Oregon Health & Sciences University
Wayne Monfries
Ruth Beyer
Mahtab Brar
James A. Carlson
Danny Jacobs
Susan King
Chad Paulson
Sue Steward
Steve Zika
Does 1-50

**Counsel for Plaintiff-Appellant:**
Tom R. Johnson, OSB No. 010645
E-mail: tom.johnson@stoel.com
Alex Van Rysselberghe, OSB No. 174836
E-mail: alex.vanrysselberghe@stoel.com
Brenda K. Baumgart, OSB No. 992160
E-mail: brenda.baumgart@stoel.com
Stoel Rives LLP
760 SW Ninth Ave., Ste. 3000
Portland, OR 97205

## PROOF OF SERVICE

I am employed in the County of Marion, State of Oregon. I am over the age of eighteen and not a party to the within action; my business address is 317 Court St. NE, Suite 202, Salem, OR 97301.

On or about August 6, 2024, I served the following documents on the interested parties by the methods indicated below:

**PLAINTIFF'S NOTICE OF APPEAL**

## PLEASE SEE ATTACHED SERVICE LIST

 X       BY MAIL: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with either the U.S. postal service or another carrier on approximately that same date with postage thereon fully prepaid at Salem, Oregon in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the office of the addressee(s).

X___BY ELECTRONIC MAIL: I caused such documents to be served on the interested parties via electronic mail.

_____(State) I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.

X_____(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   Executed on August 6, 2024, at Salem, Oregon.

                              */s/ LAUREN PEFFERLE*_____
                              Lauren Pefferle

## SERVICE LIST

**Via E-mail and Regular Mail:**
Tom R. Johnson, OSB No. 010645
E-mail: tom.johnson@stoel.com
Alex Van Rysselberghe, OSB No. 174836
E-mail: alex.vanrysselberghe@stoel.com
Brenda K. Baumgart, OSB No. 992160
E-mail: brenda.baumgart@stoel.com
Stoel Rives LLP
760 SW Ninth Ave., Suite 3000
Portland, OR 97205